AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CYNTHIA ROBINSON,

                Plaintiff,

v.

THE DENTAL DEPT. FOR THE YAKIMA COUNTY DEPT. OF CORRECTIONS JAIL,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-3061-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Voluntarily Dismiss Complaint is granted; Judgment of Dismissal is entered Without Prejudice.

April 25, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson